IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUES DIEUDONNE ITONGA MIANGO, ET AL. | |
| Plaintiffs, | Case No.: 15-cv-1265 |
| vs. | |
| DEMOCRATIC REPUBLIC OF THE CONGO, ET AL. | |
| Defendants. | |

**RETURN OF SERVICE**

I HEREBY CERTIFY that on March 29, 2016 I served a copy of the summons and complaint and all attachments on The Democratic Republic of the Congo, by mailing the aforesaid documents to the said entity by DHL shipping on March 25, 2016 to: Minister of Foreign Affairs, International Cooperation and Francophonie Place de l'indépendance, Kinshasa, Gombé.  A copy of the Tracking receipt and proof of delivery from DHL is attached.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Respectfully Submitted,

*/s/ George A. Rose, Esq.*

_____
George A. Rose, Esq., # 26086
Rose Law Firm, LLC
200 E. Lexington Street, Suite 1305
Baltimore, MD.  21202
Telephone #: 410-727-7555
Facsimile #: 443-320-0962
Email: grose@roselawfirm.net
**Attorney for Plaintiffs**



EXCELLENCE. SIMPLY DELIVERED.

29 March 2016

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 1519226575.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 1519226575 was delivered on 29 March 2016 at 12.52**

| | | | |
|---|---|---|---|
| **Signed** | | **Destination Service Area** | KINSHASA CONGO, THE DEMOCRATIC REPUBLIC OF |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600002942188259 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | BALTIMORE AIRPORT UNITED STATES OF AMERICA |
| **Picked Up** | 25 March 2016 at 23.10 | **Shipper Reference** | 2555796 |