IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUES DIEUDONNE ITONGA MIANGO, ET AL. | * * * |
| Plaintiffs, | * * Case No. 15-cv-01265 |
| vs. | * * |
| DEMOCRATIC REPUBLIC OF THE CONGO, ET AL. | * * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ORDER OF DEFAULT JUDGMENT AGAINST DEFENDANT JEANMARIE KASSAMBA**

Plaintiffs, by and through their attorneys, George A. Rose, Esquire., John J. Leppler, Esquire., and Rose Law Firm, LLC and pursuant to Fed. R. Civ. P. 55, hereby moves for this Court to grant an Order of Default Judgment against Defendant Jeanmarie Kassamba, and in support thereof states:

1. On May 5, 2016, the Court granted Plaintiffs leave to file its Second Amended Complaint in this action against, among other defendants, Defendant Jeanmarie Kassamba (Plaintiffs' Second Amended Pleading is Dkt. #39).

2. Plaintiffs' then timely served Defendant Jeanmarie Kassamba with a copy of Plaintiffs' Second Amended Complaint and Summons pursuant to Fed. R. Civ. P. 4 on August 8, 2016. The Affidavit and/or Proof of Service is attached as **Exhibit 1**. Moreover, the Affidavit of Foreign Mailing is attached as **Exhibit 2**.

3. Pursuant to the relevant rules Fed. R. Civ. P. 12(a), Defendant Jeanmarie Kassamba has ninety (90) days from August 8, 2016 to file a responsive pleading or a responsive preliminary motion, which Defendant Jeanmarie Kassamba failed to do. Moreover, an Affidavit indicated what

1

Defendant Jeanmarie Kassamba is liable to Plaintiffs for should this court order a default judgment against him is attached as **Exhibit 3**.

4. Pursuant to the federal rules and this court's local rules, a non-military service affidavit for Defendant Jeanmarie Kassamba is attached as **Exhibit 4**.

WHEREFORE, Plaintiffs request for this Honorable Court to grant Plaintiffs' Motion for Default Judgment against Defendant Jeanmarie Kassamba, that this Honorable Court order a Default Judgment against Defendant Jeanmarie Kassamba in this action, and grant such other relief to Plaintiffs that the cause may require.

Respectfully Submitted,

/s/ *John Leppler*
_____

John J. Leppler, Esq. #19736
George A. Rose, Esq. # 26086
Rose Law Firm, LLC
200 E. Lexington Street, Suite 1305
Baltimore, Maryland 21202
Phone: 410-727-7555
Fax: 443-320-0962
Email: attorneyleppler@roselawfirm.net
Email: grose@roselawfirm.net
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March 2017, a copy of the foregoing Plaintiffs' Motion for Default Judgment against Defendant Jeanmarie Kassamba was served via this Court's ECF filing system to: Heather S. Deane, Esq., (hdean@bktc.net), Patricia B. Donkor, Esq., (patricia.donkor@dc.gov), Michael Addo, Esq., (michael.addo@dc.gov), and Wynne Patrick Kelly, Esq., (wynn.kelly@usdoj.gov), counsels for the defendants in this case defendants, and these defendants' residence in the United States of America.

Respectfully submitted,

/s/ *John Leppler*
_____
John J. Leppler, Esq.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACQUES DIEUDONNE ITONGA MIANGO, ET AL.** | * |
| Plaintiffs, | * |
| vs. | * Case No. 15-cv-01265 |
| **DEMOCRATIC REPUBLIC OF THE CONGO, ET AL.** | * |
| Defendant MPDs. | * |

* * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

After considering Plaintiffs' Motion for Default Judgment against Defendant Jeanmarie Kassamba, and any other paperwork related thereto, it is on this _____ day, _____ 2016, that this Court:

1. GRANTS Plaintiffs' Motion for Default Judgment against Defendant Jeanmarie Kassamba;

2. ORDERS Defendant Jeanmarie Kassamaba to pay Plaintiff the amount stated in "Exhibit 1" of Plaintiff's Motion for Default Judgement; and

3. GRANTS Plaintiffs such other relief the cause may require.


SIGNED on _____, 2017

_____
JUDGE for the United States District
Court for the District of Columbia