IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUES DIEUDONNE ITONGA MIANGO, ET AL. | * * * |
| Plaintiffs, | * * Case No. 15-cv-01265 |
| vs. | * * |
| DEMOCRATIC REPUBLIC OF THE CONGO, ET AL. | * * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

1. I, John J. Leppler, Esquire, am admitted to practice law in the United States District Court for the District of Columbia, and am at least 18 years of age.

2. I am an attorney employed by Rose Law Firm, LLC, located at 200 E. Lexington Street, Ste. #1305, Baltimore, Maryland 21202. Rose Law Firm, LLC, including myself, as an employee of Rose Law Firm, LLC (hereinafter "Plaintiffs' counsel"), is Plaintiffs' (hereinafter "Plaintiffs") attorney in the above-captioned case and at all times pertinent hereto.

3. The purpose of this Affidavit is to confirm the attached related hereto, and annexed hereto as Exhibit 1: Plaintiffs' Itemized Statement of Damages Defendant Jeanmarie Kassamba (hereinafter "Defendant"). The purposes of this itemized statement is for Plaintiffs' request for an entry of default against Defendant. For some of the prices for the items listed therein, I estimated a value based on internet research in order to obtain an approximation of the amount. The estimations were made for the following items listed in Exhibit 1: Items #1, 2, 3, 4, 5, 6, 7, 8, 15, 16, 17, 18, 19, and 20.

Exhibit #3

4. I reserve the right to make any changes to this Affidavit that I want and/or have an opportunity to do. I am submitting this Affidavit voluntarily and of my own free will, without fear or threat of reprisal or promise of any benefit.

5. I declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____        _03/22/2017_
John J. Leppler, Esq.                                    Date

**Exhibit #3**

**Plaintiffs' Itemized Statement of Damages Defendant Jeanmarie Kassamba (hereinafter "Defendant")**

| Medication or Medical treatment, and/or other personal property[1] | Costs |
|---|---|
| 1. Amoxicillin 500 mg (21 servings) | $252.00 |
| 2. Ibuprofen 800 mg (30 servings) | $264.00 |
| 3. Tramadol 50 mg (13 servings) | $6.76 |
| 4. Acetaminophen (24 servings) | $1.44 |
| 5. Codeine (1 serving) | $10.00 |
| 6. Acetaminophen (24 servings) | $1.44 |
| 7. X-ray of the cervical spine | $300.00 |
| 8. Tylenol (serving) | $10.00 |
| 9. ADAP tablets | $10.00 |
| 10. Ibuprofen 800 mg | $10.00 |
| 11. Flex-10 (medication) | $10.00 |
| 12. Medical treatment at John J. Mitcherling, DDS | $1,716.00 |
| 13. Medical treatment at John J. Mitcherling, DDS | $30.00 |
| 14. Medical treatment at John J. Miterhcerling, DDS | $1,888.00 |
| 15. cyclobenzaprine {Fiexeril10 mg oral tablet) | $54.00 |
| 16. naproxen (Naprosyn 500 mg) | $93.80 |
| 17. Ibuprofen 800 mg | $10.00 |
| 18. Laptop (average price of a Laptop sold in the U.S. in 2014) | $600.00 |
| 19. IPOD (average price of an IPOD sold in the U.S. in 2014) | $200.00 |
| 20. a Portable Camera | $200.00 |
| **TOTAL** | **$5,667.44** |

Plus (+) Plaintiffs' Pain & Suffering
(5,667.44 x 3)

---

| **GRAND TOTAL** | **$ 17,002.32** |
|---|---|

---

[1] The items listed in the "Medications or Medical Treatment, and/or other personal property includes Plaintiff Jacques Miango and the Plaintiffs who participated in the protest as stated in Plaintiffs' seconded amended complaint. (*see* Dkt. #39).

4

**Exhibit #3**