IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUES DIEUDONNE ITONGA MIANGO, ET AL. <br><br> Plaintiffs, <br><br> vs. <br><br> DEMOCRATIC REPUBLIC OF THE CONGO, ET AL. <br><br> Defendants. | Case No. 15-cv-01265 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW APPEARANCE

Plaintiffs' counsel John J. Leppler, Esq., pursuant to Fed. R. Civ. P. 74, hereby submits Plaintiffs' counsel's notice to withdraw appearance, and in support thereof states,

1. Effective August 25, 2017 Plaintiffs' counsel John J. Leppler, Esq. is no longer employed as an Associate Attorney at Rose Law Firm, LLC. George A. Rose, Esq., and Rose Law firm, LLC, will continue to be Plaintiffs' counsel in this matter.

WHEREFORE, Plaintiffs' counsel John J. Leppler, Esq. respectfully requests for this Honorable Court to: (1) grant Plaintiffs' counsel John J. Leppler, Esq.'s motion to withdraw his appearance; and (2) strike Plaintiffs' counsel John J. Leppler, Esq.'s appearance in this case on behalf of Plaintiffs.

Respectfully submitted,

/s/ *John Leppler*

_____

John Leppler, Esq. #19736
George A. Rose, Esq. #26086
Rose Law Firm, LLC
200 E. Lexington St., Suite 1305

Baltimore, Maryland 21202<br>
Tel: (410) 727-7555<br>
Email: attorneyleppler@roselawfirm.net<br>
Email: grose@roselawfirm.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August 2017, a copy of the foregoing Plaintiffs' counsel's motion to withdraw appearance was served via this court's ECF efiling system on: George A. Rose, Esq. (grose@roselawfirm.net), Heather S. Deane, Esq., (hdean@bktc.net), Patricia B. Donkor, Esq., (patricia.donkor@dc.gov), Michael Addo, Esq., (michael.addo@dc.gov), and Wynne Patrick Kelly, Esq., (wynn.kelly@usdoj.gov), counsels for the defendants in this case defendants, and these defendants' residence in the United States of America.

Respectfully submitted,

/s/ *John Leppler*

John Leppler, Esq.