IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACQUES DIEUDONNE ITONGA MIANGO, *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | Case Action No. 15-1265 (ABJ) |
| | * | |
| DEMOCRATIC REPUBLIC OF CONGO, *et al.* | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFFS' AMENDED MOTION AND SUPPLEMENT FOR ENTRY OF DEFAULT JUDGMENT

Respectfully Submitted,

/s/ *George A. Rose*

_____
George A. Rose, Esq. # 26086
Rose Law Firm, LLC
200 E. Lexington Street, Suite 1305
Baltimore, Maryland 21202
Phone: 410-727-7555
Fax: 443-320-0962
Email: grose@roselawfirm.net
Attorney for Plaintiffs

**Jacques Miango, et al v. Democratic Republic of Congo, et al.**
**Case No. 15-cv-1265**

## EXHIBIT LIST

| EXHIBIT # | DOCS DESCRIPTION |
|---|---|
| 1. | Plaintiff's Miango's Affidavit with Attachments |
|  | Attachment A - M042414 Memo to Uses |
|  | Attachment B -Patient First Medical Records |
|  | Attachment C -Baltimore Back and Pain Center's Medical Records |
|  | Attachment D -Medstar/Good Samaritan Hospital Medical records |
|  | Attachment E -Dr. Mitcherling Medical Records |
|  | Attachment F -Employer's Memo re loss of leave |
| 2. | Affidavit of Plaintiff Michelle Miango |
| 3. | Affidavit of Plaintiff Matal Kayaya |
| 4. | Affidavit of Plaintiff Ouwo Likutu |
| 5. | USDOS FOIA Records of August 6, 2014 attack on Plaintiffs |
| 6. | Affidavit of Noah Landry |
|  | Attachment A -Noah Landry's video of August 6, 2014 attack on Plaintiffs |
| 7. | Pictures of Plaintiff Miango's injuries from the attack |
| 8. | Plaintiff Miango's medical bills and receipts. |
| 9. | Affidavit of Ruddy Banu Sabua |