

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**FILED**
**OCT 2 5 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CHAMBERS OF
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

October 25, 2018

Jennifer Gillian Newstead
Legal Advisor
United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520

      Re:   *Miango et al. v. Democratic Republic of Congo et al.*
             Civil Action No. 15-1265
             United States District Court for the District of Columbia

Dear Ms. Newstead,

    The above captioned case is currently pending in the United States District Court for the District of Columbia. Plaintiffs—individuals who allege they were beaten by security forces of the Democratic Republic of Congo ("DRC") when they participated in a protest in Washington D.C.—filed this action against the DRC, the President of DRC, and five members of the DRC delegation,[1] alleging battery, assault, and intentional infliction of emotional distress, among other things. *See generally* Second Am. Compl. (enclosed). On January 16, 2018, the Court entered a default judgment against these defendants. On May 7, 2018, the President of DRC and the five members of his delegation moved to vacate the default judgment and to dismiss the complaint on the grounds that defendants are immune under status-based immunity and the Diplomatic Relations Act. *See* Defs.' Mot. to Vacate Default J. (enclosed).

    Having reviewed the complaint, defendants' motion to vacate the default judgment, plaintiffs' opposition, defendants' reply, and all of the attachments, as well as the relevant law, it appears that the pleadings raise important questions, and that it could be quite helpful to the Court to learn what the Department has to say about the matter. Accordingly, pursuant to 27 U.S.C §

---

1    The action was also filed against the District of Columbia Metropolitan Police Department, Capella Hotels Group, Castleton Hotel Partners, the United States Secret Service. These defendants were dismissed on March 22, 2017. *See Miango v. Democratic Republic of the Congo*, 243 F. Supp. 3d 113 (D.D.C. 2017).

517, the Court would like to extend an invitation to the Department of State to communicate its views on the questions to be resolved, including but not limited to the following issues:

1. The Department of State's position as to the immunity of the defendants as diplomatic agents under the Diplomatic Relations Act, and

2. The Department of State's position as to the immunity of DRC President Joseph Kabila as an official "head-of-state."

If the Department chooses to convey its views on these matters, the Court would greatly appreciate a response by December 3, 2018.

Thank you very much for your consideration and your cooperation.

Amy Berman Jackson
United States District Judge

Enclosures

cc: George A. Rose, Esq., w/o encl.
Robert N. Weiner, Esq. w/o encl.