# EXHIBIT A

Letter from Jennifer G. Newstead to Joseph H. Hunt



United States Department of State

*Washington, D.C. 20520*

Joseph H. Hunt
Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530
November 27, 2018

    Re:   *Miango et al. v. Democratic Republic of the Congo et al.* (D.D.C. 15-cv-1265)

Dear Mr. Hunt:

    The above-referenced suit names as a defendant, among others, Joseph Kabila, who is the current President of the Democratic Republic of the Congo (DRC). Federal District Court Judge Amy Berman Jackson requested the views of the U.S. government on President Kabila's immunity by letter on October 25, 2018, and requested a response by December 3, 2018. The Government of the DRC has also asked the Department of State to submit to the court a suggestion of immunity on behalf of President Kabila, in light of President Kabila's current status as the Head of State of the DRC.

    The Department of State recognizes and allows the immunity of President Kabila as a sitting head of state from the jurisdiction of the United States District Court in this suit. Under common law principles of immunity articulated by the Executive Branch in the exercise of its Constitutional authority over foreign affairs and informed by customary international law, President Kabila, as the sitting head of state of a foreign state, is immune while in office from the jurisdiction of the United States District Court in this suit.

    I would emphasize the particular importance of obtaining the prompt dismissal of the proceedings as against President Kabila in view of significant foreign policy implications. Accordingly, the Department of State requests that the Department of Justice submit a suggestion of immunity to the district court at the earliest opportunity.

Sincerely,

Jennifer G. Newstead
Legal Adviser