IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUES DIEUDONNE ITONG MIANGO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DEMOCRATIC REPUBLIC OF THE CONGO *Embassy of the Democratic Republic of the Congo*, *et al.*,<br><br>    Defendants. | Case No. 15-cv-1265 (ABJ) |

**NOTICE BY THE DEPARTMENT OF JUSTICE**

The Department of Justice respectfully provides the following notice to the Court in anticipation of the February 15, 2019 date for the Department of State to provide its views, if any, regarding the immunity of the remaining defendants.

1. In a letter dated October 25, 2018, the Court

    extend[ed] an invitation to the Department of State to communicate its views on the questions to be resolved, including but not limited to the following issues:

    1. The Department of State's position as to the immunity of the defendants as diplomatic agents under the Diplomatic Relations Act, and

    2. The Department of State's position as to the immunity of DRC President Joseph Kabila as an official "head-of-state."

Letter from the Chambers of the Honorable Amy Berman Jackson (Oct. 25, 2018), Dkt. 141. The Department of State provided its position as to the immunity of DRC President Joseph Kabila on December 3, 2018, and requested until February 15, 2019, to provide its views, if any, concerning the immunity of the other defendants. Suggestion of Immunity, Dkt. 142. In a Minute Order dated December 3, 2018, the Court stated that the "Department of State may provide its views, if any, regarding the immunity of the five other defendants by February 15, 2019."

2.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

3.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4.      Undersigned counsel for the Department of Justice therefore respectfully requests that the February 15, 2019 date for the Department of State to provide its views, if any, regarding the immunity of the remaining defendants be moved to 30 days after Congress has restored appropriations to the Department of Justice.

5.      Undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice.

Therefore, although we greatly regret any disruption caused to the Court and the parties, the Department of Justice respectfully requests that the February 15, 2019 date for the Department of State to provide its views, if any, regarding the immunity of the remaining defendants be moved to 30 days after Department of Justice attorneys are permitted to resume their usual civil litigation functions.

January 24, 2019                            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

  /s/ *Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov


*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the foregoing Notice using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: January 24, 2019             /s/ *Courtney D. Enlow*
                                                   COURTNEY D. ENLOW
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   Tel: (202) 616-8467
                                                   Email: courtney.d.enlow@usdoj.gov

                                                   *Counsel for the United States*