IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUES DIEUDONNE ITONG MIANGO, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DEMOCRATIC REPUBLIC OF THE CONGO *Embassy of the Democratic Republic of the Congo, et al.*,<br><br>       Defendants. | Case No. 15-cv-1265 (ABJ) |

### SUPPLEMENTAL NOTICE BY THE UNITED STATES

In a letter dated October 25, 2018, the Court

extend[ed] an invitation to the Department of State to communicate its views on the questions to be resolved, including but not limited to the following issues:

1. The Department of State's position as to the immunity of the defendants as diplomatic agents under the Diplomatic Relations Act, and

2. The Department of State's position as to the immunity of DRC President Joseph Kabila as an official "head-of-state."

Letter from the Chambers of the Honorable Amy Berman Jackson (Oct. 25, 2018), Dkt. 141.  The Department of State provided its position as to the immunity of DRC President Joseph Kabila on December 3, 2018, and requested until February 15, 2019, to provide its views, if any, concerning the immunity of the other defendants.  Suggestion of Immunity, Dkt. 142.  In a Minute Order dated December 3, 2018, the Court stated that the "Department of State may provide its views, if any, regarding the immunity of the five other defendants by February 15, 2019."

On January 25, 2019, the Department of Justice notified the Court of the lapse in appropriations and requested that "the February 15, 2019 date for the Department of State to provide its views, if any, regarding the immunity of the remaining defendants be moved to 30 days

after Congress has restored appropriations to the Department of Justice." Notice, Dkt. 145. That same day, the Court ordered that "the Department of State may provide its views, if any, regarding the immunity of the five individual defendants thirty days after the government resumes." On January 28, the Department of Justice provided notice to the court that appropriations had been restored and stated that "[g]iven the Court's order, the Department of State anticipates providing its views, if any, regarding the immunity of the five individual defendants on or before Monday, February 25, 2019." Notice, Dkt. 146.

The Department of State is in need of additional time to respond to the Court's request for the Department's "position as to the immunity of the defendants as diplomatic agents under the Diplomatic Relations Act." Letter, Dkt. 141.

The United States, therefore, respectfully notifies the Court that the Department of State will provide its views regarding the immunity of the other defendants on or before March 27, 2019, or will notify the Court on or before that date that it will not do so. The United States appreciates the Court's consideration, and regrets any inconvenience that a short delay may cause.

Dated: February 14, 2019                Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General
                                        Civil Division

                                        BRETT A. SHUMATE
                                        Deputy Assistant Attorney General

                                        JOHN R. GRIFFITHS
                                        Branch Director

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov


*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2019, I electronically filed the foregoing Notice using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated:  February 14, 2019
/s/ *Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for the United States*