## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



MIANGO et al

Plaintiff

vs.

Civil Action No. 15-cv-01265

DEMOCRATIC REPUBLIC OF CONGO et al

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 28 day of July, 20 20, that

Grace Ouwo Likutu

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 29 day of June, 20 2020

in favor of   Defendants Joseph Kabila Kabange, Jean Marie Kassamba, Jacques Mukaleng Makal, Raymond Tshibanda, Sam Mpengo Mbey, and Seraphin Ngwej

against said   Grace Ouwo Likutu

_____
Attorney or Pro Se Litigant

Grace Ouwo Likutu
27 Breaker Court
Essex, MD 21221
(443) 580 4409

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Robert N. Weiner (D.C. Bar # 298133), Raul R. Herrera (D.C. Bar # 405485),R. Stanton Jones (D.C. Bar # 987088), Stephen K. Wirth (D.C. Bar # 1034038), Sara K. Murphy (D.C. Bar # 1531509), Attorneys for Defendants at ARNOLD &PORTER KAYE SCHOLER LLP 601 Massachusetts Ave., NW, Washington, DC 20001-3743

JACQUES MIANGO
1413 MONTPELIER ST.
BALTIMORE, MD 21218



JUL 29 2020
SCREENED BY
U.S. MARSHALS

US COURT OF APPEALS
FOR THE D.C CIRCUIT
C/O CLERK OFFICE
ROOM 1225
WASHINGTON DC 20001