IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jacques Dieudonne Itonga Miango, et al.** | |
| Plaintiffs, | Civil Case No.: No.: 15-cv-01265 |
| vs. | |
| **Democratic Republic of the Congo, et al.** | |
| Defendants. | |

## REQUEST FOR ENTRY OF JUDGMENT

**NOW COMES**, plaintiffs Jacques Miango, Matala Kayaya and Ouwo Likutu (hereinafter "Plaintiffs") by and through their undersigned attorneys, and file this request for entry of judgment against defendant Democratic Republic of the Congo pursuant to Fed. R. Civ. P. 58. In support thereof, the Plaintiffs states:

1. On January 16, 2018, this Court issues a money default judgment against Defendant Democratic Republic of the Congo. (Dkt. ## 130, 131)

2. On March 27, 2019, the Clerk of this Court filed a Certificate of Mailing showing that on March 27, 2019 a copy of the judgment together with a translation into the official language of the defendant Democratic Republic of the Congo, was served by registered mail, return receipt requested, via DHL courier, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).  (Dkt. # 150)

3. Defendant Democratic Republic of the Congo has never appealed from or sought to vacate the January 16, 2018 default judgment and Order of this Court.

WHEREFORE Plaintiff's request that the Clerk of the Court enter the Judgment against defendant Democratic Republic of the Congo in accordance with Fed. R. Civ. P. 58.

Respectfully Submitted,

*/s/ George A. Rose*
George A. Rose, Esq.
Federal Bar No.: 26086
THE ROSE LAW FIRM, LLC
9134 Liberty Road
Baltimore, Maryland 21133
Phone: 410-727-7555
Fax: 443-320-0962
Email: grose@roselawfirm.net