# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-5247**  September Term, 2020

1:15-cv-01265-ABJ

Filed On: January 4, 2021 [1878213]

Jacques Dieudonne Itong Miango, et al.,

    Appellees

Matala Kayaya,

    Appellant

    v.

Democratic Republic of Congo, Embassy of the Democratic Republic of the Congo, et al.,

    Appellees

------------------------------

Consolidated with 20-5248

## M A N D A T E

In accordance with the order of November 17, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk

Link to the order filed November 17, 2020