# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 20-5244                            September Term, 2020

1:15-cv-01265-ABJ

Filed On: November 17, 2020 [1871651]

Jacques Dieudonne Itong Miango,

    Appellant

Micheline Lompo Miango, et al.,

    Appellees

    v.

Democratic Republic of Congo, Embassy of
the Democratic Republic of the Congo, et al.,

    Appellees

------------------------------

Consolidated with 20-5247, 20-5248

**O R D E R**

    By orders filed August 17, 2020, appellant Matala Kayaya in No. 20-5247 and appellant Ouwo Likutu in No. 20-5248, were ordered to pay the $505 filing fee or file a motion to proceed in forma pauperis by September 16, 2020. To date, no payment has been made and no motion has been filed in Nos. 20-5247 and 20-5248. Upon consideration of the foregoing, it is

    **ORDERED** that Nos. 20-5247 and 20-5248 be dismissed for lack of prosecution. See D.C. Cir. Rule 38. It is

    **FURTHER ORDERED** that the consolidation of Nos. 20-5247 and 20-5248 with No. 20-5244 be terminated.

    The Clerk is directed to issue the mandate in Nos. 20-5247 and 20-5248 by January 4, 2021.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Tatiana A. Magruder
Deputy Clerk