UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACQUES DIEUDONNE ITONG MIANGO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEMOCRATIC REPUBLIC OF CONGO *Embassy of the Democratic Republic of the Congo*, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 15-1265 (ABJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiffs' Request for Entry of Judgment [Dkt. # 168] is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 58(b)(2)(B) and for the reasons stated in the Court's January 16, 2018 Memorandum Opinion [Dkt. # 131] and Order [Dkt. # 130] granting plaintiffs' motion for default judgment, it is **ORDERED** that judgment is hereby entered against defendant Democratic Republic of the Congo in the amount of $562,660.06: $360,070.06 for plaintiff Jacques Dieudonne Itong Miango; $100,700.00 for plaintiff Matala Kayaya; and $101,890.00 for plaintiff Ouwo Likutu.

This is a final appealable order.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: February 24, 2021